# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3365

_____

| | | |
|---|---|---|
| Evon Gills, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Department of Community Correction | * | Western District of Arkansas. |
| Adult Probation and Parole Offices; | * | |
| Steve Arnold, Field Administrator; | * | [UNPUBLISHED] |
| Anita Efird, Area Supervisor; Richard | * | |
| Longinotti, Office Supervisor, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: December 20, 2006
Filed: December 27, 2006

_____

Before RILEY, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Evon Gills (Gills) appeals the district court's[1] adverse grant of summary judgment in her suit alleging gender discrimination and retaliation, in violation of Title VII of the Civil Rights Act, 42 U.S.C. § 2000e et seq., and discrimination on the

_____

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

basis of disability, in violation of the Americans With Disabilities Act, 42 U.S.C. §§ 12101 <u>et seq.</u>, respectively.

Having conducted a de novo review of the record, <u>see</u> <u>Kratzer v. Rockwell Collins, Inc.</u>, 398 F.3d 1040, 1043 (8th Cir. 2005), we agree with the district court's conclusion Gills failed to establish a prima facie case, her employer set forth legitimate non-discriminatory reasons for Gills's discharge, and there is no indication her employer's reasons were pretextual. We also reject Gills's argument the district court improperly weighed the evidence or determined credibility, and we decline to consider her arguments raised for the first time on appeal.

Because we conclude an extended opinion would have no precedential value and no error of law appears, we affirm the well-reasoned opinion of the district court. <u>See</u> 8th Cir. R. 47B.

_____